IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THERESA SANCHEZ and
DESTINY LEE,

    Plaintiffs,

v.                           No. CIV-14-0433 MCA/LAM

STATE FARM FIRE AND CASUALTY
COMPANY; ANDREW FELDER;
REGGIE POPE and JOHN DOE,

    Defendants.

## ORDER FOR PARTIES TO FILE A STATUS REPORT

**THIS MATTER** is before the Court *sua sponte* upon a review of the docket.

**IT IS HEREBY ORDERED THAT** the parties jointly file a status report with the Court *on or before March 3, 2016,* advising of the status of the case and whether a settlement conference is desired.

**IT IS SO ORDERED.**

                                        _____
                                        **LOURDES A. MARTÍNEZ**
                                        **UNITED STATES MAGISTRATE JUDGE**